**Laurence C. EKEROTH, a conservator of the Estate of Gregory Ekeroth, a protected person, Petitioner,**

v.

**AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, INC., a Wisconsin corporation, duly authorized to transact insurance business in Colorado, Respondent.**

**No. 90SC247.**

Supreme Court of Colorado,
En Banc.

Sept. 10, 1990.

Petition for Writ of Certiorari DENIED.